DAVID RUSLANDER, Respondent, *v.* EVANGELICAL LUTHERAN ST. JOHANNES GEMEINDE IN MIDDLE EBEN-EZER, Appellant.

*Ruslander* v. *Evangelical Lutheran St. Johannes Gemeinde in Middle Ebenzer,* 171 App. Div. 975, appeal dismissed.

(Submitted April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1915, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at an equity term.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to review the order appealed from; that the Appellate Division had unanimously affirmed the findings of fact; that no questions of law were involved and that the appeal was taken merely for delay.

*Martin Clark* for motion.

*Edward W. Hamilton* opposed.

Motion granted, without costs, on the ground that the appeal is taken from an order of the Appellate Division and not from a judgment.